IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROXIMITY SENSORS OF TEXAS LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VISHAY AMERICAS, INC.,<br><br>　　　　　　　　　Defendant. | C.A. No. 19-1635-MN<br><br>JURY TRIAL DEMANDED |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Neil J. McNabnay, Thomas H. Reger II, Ricardo J. Bonilla, Theresa M. Dawson, and Rodeen Talebi to represent Defendant Vishay Americas, Inc. in this matter.

Dated: September 18, 2019,	FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　　By: */s/ Jeremy D. Anderson*
　　　　　　　　　　　　　　　　　　Jeremy D. Anderson (#4515)
　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 17th Floor
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　(302) 652-5070 (Telephone)
　　　　　　　　　　　　　　　　　　(302) 652-0607 (Facsimile)
　　　　　　　　　　　　　　　　　　janderson@fr.com

　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　　　VISHAY AMERICAS, INC.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED on this _____ day of _____, 2019 that counsel's motion for admission *pro hac vice* is granted.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District Court Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 had been paid ☒ to the Clerk of Court, or if not paid previously, ☐ the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: /s/ Neil J. McNabnay
Neil J. McNabnay
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
Phone: 214-747-5070
Fax:     214-747-2091
mcnabnay@fr.com

Dated: September 18, 2019

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 had been paid ☒ to the Clerk of Court, or if not paid previously, ☐ the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
Thomas H. Reger II
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
Phone: 214-747-5070
Fax:    214-747-2091
reger@fr.com

Dated: September 18, 2019

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 had been paid ☒ to the Clerk of Court, or if not paid previously, ☐ the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
Ricardo J. Bonilla
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
Phone: 214-747-5070
Fax:     214-747-2091
rbonilla@fr.com

Dated: September 18, 2019

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 had been paid ☒ to the Clerk of Court, or if not paid previously, ☐ the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
Rodeen Talebi
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
Phone: 214-747-5070
Fax:    214-747-2091
talebi@fr.com

Dated: September 18, 2019

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 had been paid ☒ to the Clerk of Court, or if not paid previously, ☐ the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
Theresa Dawson
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Phone: 214-747-5070
Fax:    214-747-2091
tdawson@fr.com

Dated: September 18, 2019